**L. C. MAYS COMPANY, Inc., and Lamar C. Mays, Appellants, v. FEDERAL SECURITY AGENCY, etc., Appellee.**

No. 14172.

United States Court of Appeals
Fifth Circuit.

Feb. 13, 1953.

James J. Morrison, New Orleans, La., Rudolph R. Schoemann, New Orleans, La., on the brief, for appellants.

672

Vincent A. Kleinfeld, Attorney, Dept. of Justice, William W. Goodrich, Asst. Gen. Cnsl., Federal Security Agency, Washington, D. C., Hilary J. Gaudin, Asst. U. S. Atty., New Orleans, La., Charles B. Murray, Asst. Atty. Gen., John N. McKay, U. S. Atty., New Orleans, La., John T. Grigsby, Attorney, Department of Justice, Washington, D. C., Selma M. Levine, Attorney, Federal Security Agency, Washington, D. C., of counsel, for appellee.

Before HOLMES, BORAH, and RUSSELL, Circuit Judges.

PER CURIAM.

On the. authority of United States v. Cardiff, 344 U.S. 174, 73 S.Ct. 189, the appeal herein is dismissed on the ground that the controversy has become "moot".